**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DONALD X. BROWN**                                                    **PLAINTIFF**

V.                      **NO. 4:02CV00711- JMM/BD**

**LARRY NORRIS,** *et al.*                                        **DEFENDANTS**

## ORDER

Plaintiff filed a pro se Complaint (#2) under 42 U.S.C. § 1983 on November 8, 2002. Plaintiff was granted leave to proceed *in forma pauperis* on March 16, 2007, and the Court ordered service of the Complaint and Amended Complaint. (#9, #58)

Defendant Phillip Nix, a dentist who allegedly provided treatment to the Plaintiff while he was incarcerated at the Arkansas Department of Correction ("ADC"), Wrightsville Unit, remains unserved. Attempts have been made to serve Defendant Nix through the ADC Compliance Division and Correctional Medical Services ("CMS") but both service attempts have been returned unexecuted. (#61, #95) The ADC stated that Defendant Nix should be served through CMS's counsel (#61), but CMS stated that Defendant Nix has never been employed by CMS (#98).

It is the responsibility of a prisoner proceeding *pro se* and *in forma pauperis* in a §1983 action to provide the Court and the U.S. Marshal Service with proper service addresses for the defendants. *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993). The Plaintiff shall have until August 3, 2007 to obtain a valid service address for Phillip Nix;

and (2) file a "Motion for Service" requesting that service be attempted upon him at that address. Plaintiff is hereby advised that the failure to timely and properly do so will result in Defendant Nix being dismissed, without prejudice, from this action. *See* Fed. R. Civ. P. 4(m).

    IT IS SO ORDERED this 6th day of July, 2007.

_____
U. S. MAGISTRATE JUDGE