**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DONALD X. BROWN**                                                                                              **PLAINTIFF**

**V.**                                     **No. 4:02CV00711-JMM/BD**

**LARRY NORRIS,** *et al.*                                                                                    **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

IT IS SO ORDERED, this   23   day of   August  , 2007.

_____
UNITED STATES DISTRICT JUDGE