**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DONALD X. BROWN**                                                              **PLAINTIFF**

**V.**                              **No. 4:02CV00711-JMM/BD**

**LARRY NORRIS,** *et al.*                                                       **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (#129) from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's claims against Phillip Nix are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED, this    22    day of   October  , 2007.

_____
UNITED STATES DISTRICT JUDGE