**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DONALD X. BROWN**                                                                    **PLAINTIFF**

**V.**                            **No. 4:02CV00711-JMM/BD**

**LARRY NORRIS,** *et al.*                                                     **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere as to Plaintiff's claims against Defendant Smith. No objections have been filed by the parties. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's claims against Defendant Smith are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED, this   8   day of   November  , 2007.

                                                                                                _____
                                                                                                UNITED STATES DISTRICT JUDGE