IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONALD X. BROWN**                                                                  **PLAINTIFF**

VS.                              CASE NO.   4:02CV00711 JMM/BD

**LARRY NORRIS, ET AL.**                                                          **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby DENIES the Motion to Dismiss filed by Separate Defendants Mary Dodge, Lorraine Wiginton, and William Coutts, M.D. (#123) and the Motion to Dismiss filed by Separate Defendant Kimmer Arnold (#138).

IT IS SO ORDERED, this  27  day of November, 2007.


                                                      _____
                                                      UNITED STATES DISTRICT JUDGE