IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONALD X. BROWN**                                                   **PLAINTIFF**

**V.**                  **CASE NO.: 4:02CV00711-JMM/BD**

**LARRY NORRIS,** *et al.*                                      **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court GRANTS IN PART, and DENIES IN PART the Motion for Judgment on the Pleadings filed by Separate Defendants Larry Norris, Max Mobley, Jerry Moore, Nadine Cogshell, and Linda Arnold (#149). All claims against Defendants Norris, Moore, Cogshell, and Linda Arnold are DISMISSED without prejudice. Plaintiff may proceed against Defendant Mobley in his individual capacity.

IT IS SO ORDERED, this   12    day of March   , 2008.

_____
UNITED STATES DISTRICT JUDGE