# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DONALD X. BROWN**                                                                      **PLAINTIFF**

**V.**                  **CASE NO.: 4:02CV00711-JMM/BD**

**LARRY NORRIS,** *et al.*                                                  **DEFENDANTS**

## **ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby GRANTS the Motion for Summary Judgment filed by Separate Defendants Kimmer Arnold, Mary Dodge, Lorraine Wiginton, and William Coutts, M.D. (#171).

IT IS SO ORDERED, this   30   day of   June  , 2008.

_____
UNITED STATES DISTRICT JUDGE