**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DONALD X. BROWN**                                                              **PLAINTIFF**

**V.**                          **CASE NO.: 4:02CV00711-JMM/BD**

**LARRY NORRIS,** *et al.*                                          **DEFENDANTS**

**ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby GRANTS the Motion for Summary Judgment filed by Separate Defendant Max Mobley (docket entry #178).

IT IS SO ORDERED, this __17__ day of __July__, 2008.

_____
UNITED STATES DISTRICT JUDGE