IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONALD X. BROWN**                                                   **PLAINTIFF**

**V.**                  **CASE NO.: 4:02CV00711-JMM/BD**

**LARRY NORRIS,** *et al.*                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this  4   day of  December, 2008.

_____
UNITED STATES DISTRICT JUDGE